William J. Cleary, trading as William J. Cleary & Company, appellee, v. C. B. Laidlaw and Earl L. Gebott, trading as Chicago Cream Fried Cake Company, Plant No. 1, appellants. Gen. No. 31,083.

Action to recover for work done as stenographer, money spent therefor and interest. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Charles J. Trainor and Thomas H. Riley, for appellants. Stebbins Garey, L'Amoreaux & Hurtubise, for appellee; J. E. Hurtubise and James Byrne, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

William F. Bartz, plaintiff in error, v. Baldwin Piano Company, defendant in error. Gen. No. 31,128.

Action in trespass in removing piano on replevin. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. E. M. Mangan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 1, 1927.

Patrick T. Harrington, for plaintiff in error. Carpenter & Grant, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Nolan, plaintiff in error. Gen. No. 31,132.

Conviction for assault with deadly weapon with intent to inflict bodily injury. Error to the Criminal Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Stewart & O'Brien, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

SECOND DISTRICT.

---

Mary E. Elias, appellee, v. Edward Baker, appellant. Gen. No. 7,640.

Action to recover for assault. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed December 6, 1926. Rehearing denied January 10, 1927.

Duncan & O'Conor and Arthur H. Shay, for appellant; C. B. Chapman, of counsel. Kelly, Kelly & Kelly, A. E. Butters and Woodward, Hibbs & Pool, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.